JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

BARBARO ELISIE GACERAN-JIMENEZ,
Petitioner,
v.
D. MARIN, et al,
Respondents.

No. 5:26-cv-01973-BFM

**JUDGMENT**

On August 5, 2026, the Court issued an order granting the petition and ordered Petitioner Barbaro Elisie Gaceran-Jimenez (A# 203-825-796) to be immediately released on reasonable conditions. (ECF 35 at 9.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 36.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: August 10, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE